IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:12-cr-00049-1 |
| v. | ) | |
| | ) | Judge Nixon |
| REBECCA P. SULLIVAN | ) | |

## ORDER

Pending before the Court are Defendant Rebecca P. Sullivan's Motion for Permission to File Document Under Seal (Doc. No. 39) and Motion to Continue Sentencing Hearing (Doc. No. 38) ("Motions"). The Government does not oppose the continuance. Both of Ms. Sullivan's Motions are hereby **GRANTED**, and her Sentencing Hearing is **CONTINUED** to **Thursday, September 25, at 10:00 am**.

It is so ORDERED.

Entered this the 28 day of August, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT