IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:12-cr-00049-1 |
| v. | ) | |
| | ) | Judge Nixon |
| REBECCA P. SULLIVAN | ) | |

### ORDER

Pending before the Court is Defendant Rebecca P. Sullivan's Motion to Continue Sentencing Hearing ("Motion"), in which the Ms. Sullivan requests the Court continue her sentencing hearing due to her attorney's "unusually busy schedule." (Doc. No. 42.) The Motion is **GRANTED**, and Ms. Sullivan's sentencing hearing is **CONTINUED** to **Thursday, November 20, 2014, at 10:00 am.**

It is so ORDERED.

Entered this the 23rd day of September, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT